**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| DONNA L. SLOAN | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:11CV00030 SWW |
| FIRST ARKANSAS INSURANCE | * | |
| | * | |
| Defendant | * | |

**ORDER**

Plaintiff Donna L. Sloan, proceeding *pro se* and *in forma pauperis*, brings this employment discrimination action against her former employer, First Arkansas Insurance. According to a service of process receipt and return filed by the United States Marshal on February 2, 2011, Defendant received service of process on January 27, 2011.  No answer or other response to the complaint has been filed, and Plaintiff has not moved for entry of default. By previous order, the Court notified Plaintiff of her responsibility to comply with the Federal Rules of Civil Procedure and the Local Rules of this Court,[1] including Local Rule 5.5(c)(2), which provides that it is the duty of any party not represented by counsel to monitor the progress of the case and prosecute the action diligently.   The Court directs Plaintiff to file a status report stating whether she intends to prosecute her claims.

---

[1] The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas. Additionally, the Local Rules and the Federal Rules of Civil Procedure are available on the Court's website:  www.are.uscourts.gov. To access the Federal Rules of Civil Procedure via the Court's website, go to "Links," find the heading "Federal Links" and click on "Federal Rules of Civil Procedure" below the heading.  A direct link to  "Local Rules" is provided on the home page of the Court's website.

IT IS THEREFORE ORDERED that Plaintiff is directed to file, within fifteen (15) days from the entry date of this order, a status report stating whether she intends to prosecute this case. In the event that Plaintiff fails to respond to this order, this action will be dismissed without prejudice.

IT IS SO ORDERED THIS 26TH DAY OF JULY, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE